IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02825-BNB

STELLA DANIELLE O'NEAL,

     Plaintiff,

v.

ARI ZAVARAS, Executive Director,
MRS. SHOEMAKER, Medical Director, and
DR. WARNER,

     Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 9 2010

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

     Plaintiff, Stella Danielle O'Neal, initiated this action by filing a notice of change of
address to a non-prisoner address, a Prisoner's Motion and Affidavit for Leave to
Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint on November 25,
2009.

     In an order filed on December 3, 2009, Magistrate Judge Boyd N. Boland
directed the Clerk of the Court to commence a civil action and directed Ms. O'Neal to
cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate
Judge Boland ordered Ms. O'Neal to file a complaint on the non-prisoner, court-
approved form, and file a motion seeking leave to proceed *in forma pauperis* pursuant
to 28 U.S.C. § 1915 on the non-prisoner, court-approved form. Ms. O'Neal was warned
that the action would be dismissed without further notice if she failed to cure the
deficiencies within thirty days.

Magistrate Judge Boland's December 3, 2009, Order was returned to the Court as undeliverable on December 10, 2009, and Ms. O'Neal has not provided a current mailing address to the Court.  Further, Ms. O'Neal has not communicated with the Court since November 25, 2009.  Accordingly, she has failed to cure the deficiencies within the time allowed and  the action will be dismissed without prejudice for failure to cure the deficiencies.  Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 19th day of _____Janua ry_____, 2010.

BY THE COURT:

_____ for

PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02825-BNB

Stella Danielle O'Neal
14896 East 2nd Ave H304
Aurora, CO 80110

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/19/10

GREGORY C. LANGHAM, CLERK

By: _____
                   Deputy Clerk